THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael Leon Carroll, Appellant.
 
 
 

Appeal From Greenwood County
Robert Frank Addy, Circuit Court Judge
Unpublished Opinion No. 2009-UP-440
Submitted September 1, 2009  Filed
 October 1, 2009   
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Jerry W. Peace, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  Michael
 Leon Carroll appeals his guilty plea for conspiracy and his pleas pursuant to North
 Carolina v. Alford, 400 U.S. 25 (1970), for two counts of distribution of
 crack cocaine.  Carroll argues the plea court erred by advising him that he had
 the right to appeal.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED. 
Short, Williams,
 and Geathers, J.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.